## IN THE SUPERIOR COURT
## OF GUAM

JESSE MICHAEL A. LUJAN,

           Plaintiff

    vs.

JEFF MARCHESSEAULT, KTKB
DIGITAL MEDIA CORPORATION and
coconspirators DOES 1 -9,

          Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Case no. CV0861-10

**Decision and Order**

## INTRODUCTION

This matter is before the Honorable Judge Michael J. Bordallo. Pursuant to Rule 7.1 of the Local Rules of the Superior Court of Guam Defendant KTKB Digital Media Inc.'s Motion to Dismiss was taken under advisement on July 8, 2013. Plaintiff was represented by attorney Curtis C. Van de veld. Defendant KTKB Digital Media Corporation (hereafter KTKB) was represented by attorney Delia Lujan Wolff. Defendant Jeff Marchesseault was represented by F. Randall Cunliffe. After having carefully considered, received, and reviewed the arguments, papers, and the file herein the Court hereby DENIES Defendants' motion to dismiss.

## BACKGROUND

This matter arises out of Plaintiff's March 24, 2011, pleading entitled, Verified Complaint for Damages and Demand for Trial by Jury of Six. In it Plaintiff asserts claims for Defamation by Libel and Slander and or Negligent Defamation. Plaintiff's claims are alleged to have arisen out of May 20, 2010 televised news broadcast and internet website publication. In those mediums a picture of Plaintiff was displayed and statements made or published about Plaintiff's appearance in court to discuss Plaintiff's breach of a loan agreement, the amount he owed, his monthly payment amount and his failure to keep up with the monthly payment.

On April 19, 2013, KTKB filed a paper entitled, Memorandum of Points and Authorities

in Support of Motion to Dismiss. In its motion KTKB requests that pursuant to Rule 37(b)(2) and 41(b) of the Guam Rules of Civil Procedure the Court enter an order dismissing this action and ordering Plaintiff to pay KTKB's reasonable costs and attorney fees. In support of this request KTKB asserts that Plaintiff has failed to comply with the Court's March 28, 2012, Decision and Order requiring Plaintiff to produce discovery materials. Plaintiff also asserts that Plaintiff has failed to take any prosecutorial action to advance the case. Defendant Jeff Marchesseault on April 22, filed a motion joining in KTKB's request.

Plaintiff filed his opposition to Defendants' motion April 19, 2013. In its paper Plaintiff argues and asserts that: 1) KTKB's motion is untimely, filed on the eve of trial and more than a year after the order requiring production; 2) As of November 4, 2011 he has provided all available and known discovery; and 3)Plaintiff is prepared to proceed to trial.

Defendants filed no reply.

## DISCUSSION

Rule 37(b)(2) of the Rules of Civil Procedure as its most severe sanction allows for the dismissal of an action for a Party's failure to comply with a discovery order. Guam R. Civ. P. 37(b)(2). In 1998 the Guam Supreme Court interpreting Rule 37(b)(2) explained that the imposition of sanctions under Rule 37 are discretionary and "[w]here the drastic sanctions of dismissal or default are imposed . . . the range of discretion is narrowed and the losing party's non-compliance must be due to willfulness, fault or bad faith." *Adams v. Duenas*, 1998 Guam 1, ¶ 10.

In this case Plaintiff's compliance with the Court's March 28, 2012 order is disputed. Furthermore, Defendants have made no assertions of willfulness or bad faith. Absent this the Court is unable to begin review of their request under the appropriate standard. *Lamb v. Hoffman*, 2008 Guam 2 ¶ 35.

Rule 41(b) of the Guam Rules of Civil Procedure regulates the involuntary dismissal of an

action. Guam R. Civ. P. 41(b). It provides,

> Involuntary Dismissal: Effect Thereof. For failure of the plaintiff to prosecute or to comply with these rules or any order of court, a defendant may move for dismissal of an action or of any claim against the defendant. Unless the court in its order for dismissal otherwise specifies, a dismissal under this subdivision and any dismissal not provided for in this rule, other than a dismissal for lack of jurisdiction, for improper venue, or for failure to join a party under Rule 19, operates as an adjudication upon the merits

*Id.* The Guam Supreme Court recently re-iterated the five factors a trial court should consider when applying Rule 41(b). *Guam Economic Development Authority v. Affordable Home Builders, Inc.*, 2013 Guam 1 ¶ 11. These are:

> 1. The public's interest in expeditious resolution of litigation;
> 2. The court's need to manage its docket;
> 3. The risk of prejudice to the defendants;
> 4. The public policy favoring the disposition of cases on their merits; and
> 5. The availability of less drastic sanctions.

*Id.* As with their Rule 37(b)(2) request Defendants fail to argue or identify how the facts they assert might support a finding of dismissal under the above standard. Mot. at 1-3. Absent this the Court is unable to grant the relief they request. *Lamb v. Hoffman*, 2008 Guam 2 ¶ 35.

## CONCLUSION

Based on the foregoing, the Defendants' motion to dismiss is DENIED. Within 30 days of this order the Parties shall file and caused to be marked with the Court all materials, papers, and exhibits they intend to use at trial or introduce as evidence. Also the parties shall individually or jointly file:

1) A witness list, individually identifying each witness, their names, contact information, outline of their intended testimony, and the expected length of their direct examination testimony;

2) An exhibit list, individually identifying each exhibit and its intended use;

3) A pretrial brief setting forth the following:

    a) Individual detailed lists of:

        i)   All stipulated or undisputed material facts;

        ii)  All disputed material facts;

        iii) All undisputed material issues of law; and

        iv) All disputed material issues of law; and

4) A concise summary of necessary legal elements of the Parties' cause(s) of action or defenses.

SO ORDERED, this ___10___ day of ___October___ 2013.

_____
HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam

OCT 1 0 2013

Page **4** of **4**